1  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN 146384)
2  Robert Milligan (SBN 217348)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Plaintiff
   ALLSTATE LIFE INSURANCE COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 ALLSTATE LIFE INSURANCE COMPANY, )   Case No. 07-CV-00877 MCE JFM
                                     )
12         Plaintiff,                )   **REQUEST FOR THIRTY (30) DAY**
                                     )   **EXTENSION ON DEADLINE TO**
13     v.                            )   **PROVIDE JOINT STATUS REPORT;**
                                     )   **ORDER**
14 DINORAH E. BARRIENTOS; ERIKA      )
   ENEIDA NAVARRO PORTILLO,          )
15                                   )
           Defendants.                )
16                                    )

17

18     Plaintiff Allstate Life Insurance Company ("Allstate") respectfully requests that the Court

19 provide the parties in this action with a thirty day (30) extension on the deadline to provide a

20 Joint Status Report pursuant to the Court's Order Requiring Status Report issued May 9, 2007.

21 Allstate and Defendants Dinorah E. Barrientos and Erika Eneida Navarro Portillo

22 ("Defendants"), by and through their counsel, are engaged in settlement negotiations in this

23 interpleader action which may likely result in a settlement disposing of this action in its entirety

24 in the near future.  Allstate respectfully requests that the Court provide the parties with a thirty

25 day (30) extension on the deadline to provide a joint status report so that the parties can complete

26 the current settlement negotiations and not incur any unnecessary costs.

27 ///

28 ///

SC1 17084749.1 / 55390-000002

1  Allstate's counsel is informed that Defendants both agree with an extension, so that the
2  settlement negotiations can be finalized.

3  DATED: July _____, 2007                                SEYFARTH SHAW LLP

         By_____
             Robert B. Milligan
             Attorneys for Respondent
             ALLSTATE LIFE INSURANCE
             COMPANY

## **ORDER**

Having considered Allstate's request for an extension on the deadline for the parties to provide a joint status report, and good cause showing, the Court hereby orders that the parties' joint status report is now due August 20, 2007.

IT IS SO ORDERED.

DATED: July 23, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-

SC1 17084749.1 / 55390-000002