1  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN 146384)
2  Robert Milligan (SBN 217348)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Plaintiff
   ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, ) | Case No. 07-CV-00877 MCE JFM |
| Plaintiff, ) | |
| v. ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |
| DINORAH E. BARRIENTOS; ERIKA ENEIDA NAVARRO PORTILLO, ) | |
| Defendants. ) | |

Plaintiff Allstate Life Insurance Company and Defendants Dinorah E. Barrientos and Erika Eneida Navarro Portillo ("Defendants") have reached a resolution of this case. Plaintiff and Defendants agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs in the action.

///
///
///
///
///
///
///
///

SC1 17084749.1 / 55390-000002

The parties seek the Court's approval of the dismissal of this action with prejudice, through the order below.

DATED: September 4, 2007                                      SEYFARTH SHAW LLP


                                                              By _____/S/_____
                                                                    Robert B. Milligan
                                                              Attorneys for Plaintiff
                                                              ALLSTATE LIFE INSURANCE
                                                              COMPANY


DATED:  August 28, 2007                                       LAW OFFICES OF MECKFESSEL &
                                                              HOPKINS


                                                              By _____/S/_____
                                                                    Kenneth M. Hopkins
                                                              Attorneys for Defendant
                                                              DINORAH E. BARRIENTOS


DATED:  August 15, 2007


                                                              By _____/S/_____
                                                                    Edwin K. Niles
                                                              Attorneys for Defendant
                                                              ERIKA ENEIDA NAVARRO PORTILLO

### **ORDER**

Having considered the parties' request for dismissal with prejudice, and good cause showing, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.


DATED: September 14, 2007

                                                              _____
                                                              MORRISON C. ENGLAND, JR
                                                              UNITED STATES DISTRICT JUDGE

-2-